IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FIRST BANK OF DELAWARE, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. _____ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff First Bank of Delaware states that it has no parent corporation and no publicly held corporation owns ten percent or more of its stock.

Edmond D. Johnson (De Bar #2257)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone No. (302) 777-6500
Facsimile No. (302) 421-8390

*Attorneys for Plaintiff First Bank of Delaware*

Dated: July 11, 2008

#9821228 v1