**Pepper Hamilton LLP**
*Attorneys at Law*

Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
302.777.6500
Fax 302.421.8390

Edmond D. Johnson
direct dial: 302-777-6539
direct fax: 302-421-8390
johnsone@pepperlaw.com

July 14, 2008

Peter T. Dalleo, Clerk of the Court
U.S. District Court
844 King Street, Room 4209
Wilmington, DE 19801

Re: First Bank of Delaware v. Federal Deposit Insurance Corporation,
C.A. No. 08-429

Dear Mr. Dalleo:

On Friday, July 11th, Plaintiff, First Bank of Delaware (the "Bank"), filed the referenced matter with the District Court. The Complaint seeks preliminary and permanent injunctive relief on behalf of the Bank. We have today filed our motion (the "Motion") for a preliminary injunction in this matter.

I am writing to inform the Court that we will be seeking an expedited schedule for the preliminary injunction including:

(a) A shortened time to answer the Complaint;

(b) An expedited discovery schedule in connection with the Motion; and

(c) An expedited briefing schedule leading to an expeditious hearing on the Motion.

I am also advised that a related case (CA No. 08-430) has been filed and will also seeking an expedited hearing on a preliminary injunction.

Counsel are available for consultation if the Court has any questions.

Respectfully,

Edmond D. Johnson (#2257)

EDJ/kw
cc: Federal Deposit Insurance Corporation