**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**FIRST BANK OF DELAWARE,**

    **Plaintiff,**

        **v.**                                                              Civil Action No. 08-429

**FEDERAL DEPOSIT INSURANCE**
**CORPORATION,**

    **Defendant.**
_____/

**NOTICE OF APPEARANCE**

    Please enter my appearance as counsel of record for Defendant Federal Deposit Insurance Corporation.

                                    CHARLES L. COPE
                                    Senior Counsel

                                    s/Thomas Holzman
                                    THOMAS HOLZMAN (D.C. Bar # 950162)
                                    Counsel
                                    Federal Deposit Insurance Corporation
                                    3501 Fairfax Drive, D-7024
                                    Arlington, VA 22226
                                    703.562.2369
                                    703.562.2477 (fax)
                                    thholzman@fdic.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2008, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:  Edmond D. Johnson; and I hereby certify that I have mailed by United States Postal Service the paper document to the following non-ECF participants: N/A.     .

                                              s/Thomas Holzman
                                              THOMAS HOLZMAN
                                              Counsel
                                              Federal Deposit Insurance Corporation
                                              3501 Fairfax Drive, D-7024
                                              Arlington, VA 22226
                                              703.562.2369
                                              703.562.2477 (fax)
                                              thholzman@fdic.gov