IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**FIRST BANK OF DELAWARE,**

    **Plaintiff,**

        v.                              Civil Action No. 08-429

**FEDERAL DEPOSIT INSURANCE
CORPORATION,**

    **Defendant.**
_____/

NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for Defendant Federal Deposit Insurance Corporation.

                CHARLES L. COPE
                 Senior Counsel

                <u>s/Ashley Doherty</u>
                ASHLEYDOHERTY (D.C. Bar # 336073)
                Counsel
                Federal Deposit Insurance Corporation
                3501 Fairfax Drive, D-7022
                Arlington, VA 22226
                703.562.2377
                703.562.2477 (fax)
                adoherty@fdic.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2008, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Edmond D. Johnson; and I hereby certify that I have mailed by United States Postal Service the paper document to the following non-ECF participants: N/A.                                                  .

                                       s/Thomas Holzman
                                       THOMAS HOLZMAN
                                       Counsel
                                       Federal Deposit Insurance Corporation
                                       3501 Fairfax Drive, D-7024
                                       Arlington, VA 22226
                                       703.562.2369
                                       703.562.2477 (fax)
                                       tholzman@fdic.gov