**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FIRST BANK OF DELAWARE,<br><br>      Plaintiff,<br><br>   v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>      Defendant. | Civil Action No. 08-429-UNA |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Larry J. Stein to represent Plaintiff First Bank of Delaware in this matter.

                                          Respectfully submitted,

                                          /s/ *Edmond D. Johnson*
                                          Edmond D. Johnson (#2257)
                                          Matthew A. Kaplan (#4956)
                                          1313 Market Street, Suite 5100
                                          P.O. Box 1709
                                          Wilmington, DE 19899-1709
                                          Telephone:  (302) 777-6500
                                          Facsimile:  (302) 421-8390
                                          johnsone@pepperlaw.com
                                          kaplanm@pepperlaw.com

Dated: July 17, 2008                                         *Attorneys for Plaintiff First Bank of Delaware*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for the admission of Larry J. Stein *pro hac vice* is granted.

Dated: _____, 2008                                   United States District Judge

## CERTIFICATE OF SERVICE

    I hereby certify that on July 17, 2008, a copy of the foregoing Plaintiff's Motion and Order for Admission *Pro Hac Vice* with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to the following counsel of record:

| | |
|---|---|
| Thomas Holzman, Esq. | Ashley Doherty, Esq. |
| Federal Deposit Insurance Corporation | Federal Deposit Insurance Corporation |
| 3501 Fairfax Drive, D-7024 | 3501 Fairfax Drive, D-7022 |
| Arlington, VA  22226 | Arlington, VA  22226 |
| *Attorney for Defendant* | *Attorney for Defendant* |

            /s/ *Edmond D. Johnson*
            Edmond D. Johnson (#2257)

#9405942 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FIRST BANK OF DELAWARE,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>Defendant. | Civil Action No. 08-429 |

### CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Commonwealth of Pennsylvania, the Commonwealth of Virginia and the District of Columbia and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual amount of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Larry J. Stein, Esq.
BUCKLEY KOLAR LLP
1250 24th Street, N.W., Suite 700
Washington, D.C. 20037
(202) 349-8000
(202) 349-8080 (facsimile)