# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FIRST BANK OF DELAWARE,<br><br>  Plaintiff,<br><br> v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>  Defendant. | Civil Action No. 08-429-UNA |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

  Pursuant to Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jeremiah S. Buckley to represent Plaintiff First Bank of Delaware in this matter.

               Respectfully submitted,

               /s/ *Edmond D. Johnson*
               Edmond D. Johnson (#2257)
               Matthew A. Kaplan (#4956)
               1313 Market Street, Suite 5100
               P.O. Box 1709
               Wilmington, DE 19899-1709
               Telephone: (302) 777-6500
               Facsimile: (302) 421-8390
               johnsone@pepperlaw.com
               kaplanm@pepperlaw.com

Dated: July 17, 2008         *Attorneys for Plaintiff First Bank of Delaware*

## ORDER GRANTING MOTION

  IT IS HEREBY ORDERED that counsel's motion for the admission of Jeremiah S. Buckley *pro hac vice* is granted.

Dated: _____, 2008           United States District Judge

**CERTIFICATE OF SERVICE**

        I hereby certify that on July 17, 2008, a copy of the foregoing Plaintiff's Motion and Order for Admission *Pro Hac Vice* with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to the following counsel of record:

| | |
|---|---|
| Thomas Holzman, Esq. | Ashley Doherty, Esq. |
| Federal Deposit Insurance Corporation | Federal Deposit Insurance Corporation |
| 3501 Fairfax Drive, D-7024 | 3501 Fairfax Drive, D-7022 |
| Arlington, VA  22226 | Arlington, VA  22226 |
| *Attorney for Defendant* | *Attorney for Defendant* |

        /s/ *Edmond D. Johnson*
        Edmond D. Johnson (#2257)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FIRST BANK OF DELAWARE,<br><br>      Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>      Defendant. | Civil Action No. 08-429 |

**CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Connecticut and of the District of Columbia and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual amount of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

*/s/ Jeremiah S. Buckley*
Jeremiah S. Buckley, Esq.
BUCKLEY KOLAR LLP
1250 24th Street, N.W., Suite 700
Washington, D.C. 20037
(202) 349-8000
(202) 349-8080 (facsimile)