IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**FIRST BANK OF DELAWARE,**

**Plaintiff,**

**v.**                                                                        1:08-cv-429-GMS

**FEDERAL DEPOSIT INSURANCE CORPORATION,**

**Defendant.**
_____/

NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for Defendant Federal Deposit Insurance Corporation.

> /s/Daniel H. Kurtenbach
> DANIEL H. KURTENBACH
> D.C. Bar No. 426590
> Counsel
> Federal Deposit Insurance Corporation
> 3501 Fairfax Drive, Room VS-D-7066
> Arlington, VA 22226
> 703-562-2465
> 703-562-2475 (fax)
> dkurtenbach@fdic.gov
>
> CHARLES L. COPE
> Senior Counsel