**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**COMPUCREDIT CORPORATION,**

**Plaintiff,**

**v.**                                                                1:08-cv-430-GMS

**FEDERAL DEPOSIT INSURANCE
CORPORATION,**

**Defendant.**
_____/

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel of record for Defendant Federal Deposit Insurance Corporation.

    /s/Martha W. McClellan
MARTHA W. MCCLELLAN
VA Bar No. 17255
Counsel
Federal Deposit Insurance Corporation
3501 Fairfax Drive, Room VS-D-7060
Arlington, VA 22226
703-562-2375
703-562-2477 (fax)
mmcclellan@fdic.gov

CHARLES L. COPE
Senior Counsel